UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN TOWBOAT COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL OCEANIC AND ) <br> ATOMOSPHERIC ADMINISTRATION and ) <br> U.S. ENVIRONMENTAL PROTECTION ) <br> AGENCY, ) <br> ) <br> Defendants. ) <br> ) | Civ. A. No. 22-2665 (ABJ) |

**NOTICE OF WITHDRAWAL OF MOTION**

PLEASE TAKE NOTICE that Plaintiff hereby withdraws its Motion for Preliminary Injunction, ECF No. 2, without prejudice, based on the agreement of the parties that was noted to this Court at the Status Conference on September 8, 2022 and the subsequent stay of proceeding issued by the EPA Administrative Law Judge on September 19, 2022.

Dated:  September 23, 2022

                                         */s/ Thomas M. Brown*
                                         J. Stephen Simms (#382388)
                                         Thomas M. Brown (# MD0160)
                                         Simms Showers LLP
                                         201 International Circle, Suite 230
                                         Baltimore, Maryland 21030
                                         Tel: 443-290-8707
                                         Fax: 410-510-1789
                                         Email: tmbrown@simmsshowers.com

                                         *Counsel for Plaintiff*