UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WESTERN TOWBOAT COMPANY,<br><br>   Plaintiff,<br><br>  v.<br><br>NATIONAL OCEANIC AND ATOMOSPHERIC ADMINISTRATION and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. A. No. 22-2665 (ABJ) |

## JOINT MOTION FOR EXTENSION OF TIME

The parties respectfully request, pursuant to Federal Rule of Civil Procedure 6(b), that the

Court extend the deadline for the parties to file their Local Rule 16.3 Joint Report.  *See* Minute

Order (Nov. 8, 2022).

This request is made because the parties to the underlying matter have engaged in

settlement discussions, and are currently considering the possibility of formal mediation.  If the

parties' settlement discussions, or mediation, or similar alternative dispute resolution (ADR)

should prove successful, that would moot the present matter.

In light of these circumstances, the parties request that the Court grant their joint motion

to extend, and order the parties to submit the Joint Report pursuant to Local Rule 16.3, or else

report on settlement efforts and submit a proposal for further proceedings, by January 6, 2023.

Dated: November 18, 2022                       Respectfully submitted,
        Washington, DC

                                               MATTHEW M. GRAVES, D.C. Bar. #481052
                                               United States Attorney

                                               BRIAN P. HUDAK
                                               Chief, Civil Division

 /s/ Thomas M. Brown                           By:        /s/ Derek S. Hammond
J. Stephen Simms (#382388)                         DEREK S. HAMMOND
Thomas M. Brown (# MD0160)                         D.C. Bar # 1017784
Simms Showers LLP                                  Assistant United States Attorney
201 International Circle, Suite 230                 601 D Street, NW
Baltimore, Maryland 21030                          Washington, DC 20530
Tel: 410-783-5795                                  (202) 252-2511
Fax: 410-510-1789                                  Derek.hammond@usdoj.gov
Email:
tmbrown@simmsshowers.com                       *Counsel for Defendants*

*Counsel for Plaintiff*

2